| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Philip** | **Robert** | **Gawlak** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** | | |
| Case number (if known) | **19-40284** | | |

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | | $250.00 | $250.00 | $0.00 |

**City of St. Louis Collector**
Priority Creditor's Name
**1200 Market Street, Rm. 12**
Number    Street

**St. Louis**    **MO**    **63103**
City             State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **6  2  0  2**
When was the debt incurred?   **2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1  **Philip Robert Gawlak**          Case number (if known) **19-40284**

| Part 1: | Your PRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2**                                                                 $852.86      $852.86      $0.00

**IRS**
Priority Creditor's Name
**P.O. Box 7346**
Number    Street

**Philadelphia**    **PA**    **19101-7346**
City              State    ZIP Code

Last 4 digits of account number  **6  2  0  2**
When was the debt incurred?  **2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Is the claim subject to offset?
☑ No
☐ Yes

**2.3**                                                                 $469.38      $469.38      $0.00

**St. Louis City Collector of Revenue**
Priority Creditor's Name
**Room 410 City Hall**
Number    Street
**1200 Market Street**

**St. Louis**    **MO**    **63103**
City            State    ZIP Code

Last 4 digits of account number  **6  2  0  2**
When was the debt incurred?  **2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1   **Philip Robert Gawlak**                                   Case number (if known)   **19-40284**

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | | $9,682.00 |

**Chase Card**
Nonpriority Creditor's Name
**Po Box 15298**
Number       Street

**Wilmington**       **DE**   **19850**
City                  State     ZIP Code

Last 4 digits of account number   **0  1  9  7**
When was the debt incurred?   **03/2014**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Credit Card**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 4.2 | | $3,000.00 |

**Chase Cardmember Services**
Nonpriority Creditor's Name
**P.O. Box 15298**
Number       Street

**Wilmington**       **DE**   **19850-5298**
City                  State     ZIP Code

Last 4 digits of account number   **0  4  7  0**
When was the debt incurred?   **2012**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Debtor did not recall having this old Chase Card (was NOT on his credit report either), but believes it was used strictly for his then-new business.**

Debtor 1  **Philip Robert Gawlak**                              Case number (if known)  **19-40284**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.3**                                                                                                                           **$111.93**

**Cigna HealthCare**
Nonpriority Creditor's Name
**P.O. Box 71217**
Number        Street

**Charlotte**           **NC**   **28272**
City                   State    ZIP Code

Last 4 digits of account number   **1  2  5  9**
When was the debt incurred?   **2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Insurance**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.4**                                                                                                                           **$2,811.00**

**Citi**
Nonpriority Creditor's Name
**Po Box 6217**
Number        Street

**Sioux Falls**           **SD**   **57117**
City                      State    ZIP Code

Last 4 digits of account number   **8  6  6  0**
When was the debt incurred?   **07/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Philip Robert Gawlak**                                   Case number (if known)  **19-40284**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.5**                                                                                                                                                       **$2,997.00**

**Personal Finance/marin**
Nonpriority Creditor's Name
**P.o. Box 43490**
Number     Street

**Baltimore**          **MD**    **21236**
City                  State    ZIP Code

Last 4 digits of account number   **4   2   2   1**
When was the debt incurred?   **11/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Unsecured**

**Case No.: 1822-AC14407**

**4.6**                                                                                                                                                       **$1,967.00**

**Syncb/amazon**
Nonpriority Creditor's Name
**Po Box 965015**
Number     Street

**Orlando**           **FL**    **32896**
City                  State    ZIP Code

Last 4 digits of account number   **9   9   2   9**
When was the debt incurred?   **11/2011**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Charge Account**

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims                page 5

Debtor 1 **Philip Robert Gawlak** Case number (if known) **19-40284**

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.7 | | $3,889.00 |

**Umb Ccprog**
Nonpriority Creditor's Name
**Po Box 419734**
Number    Street

**Kansas City**    **MO**    **64141**
City    State    ZIP Code

Last 4 digits of account number    **7  7  8  7**
When was the debt incurred?    **10/2007**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.8 | | $7,278.00 |

**Us Bank**
Nonpriority Creditor's Name
**4325 17th Ave S**
Number    Street

**Fargo**    **ND**    **58125**
City    State    ZIP Code

Last 4 digits of account number    **2  0  8  1**
When was the debt incurred?    **12/2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Philip Robert Gawlak**                    Case number (if known)  **19-40284**

## Part 3:  List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Miller and Steeno, P.C.**
Name
**11970 Borman Drive, Suite 250**
Number    Street

**St. Louis**            **MO**    **63146**
City                     State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for Personal Finance**           ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **4  4  0  7**

**Missouri Department of Revenue**
Name
**Division of Taxation**
Number    Street
**P.O. Box 385**

**Jefferson City**       **MO**    **65105-0385**
City                     State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Missouri Income Taxes**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **6  2  0  2**

Debtor 1  **Philip Robert Gawlak**                              Case number (if known)  **19-40284**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $1,572.24 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6d. | **$1,572.24** |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $31,735.93 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. | **$31,735.93** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Philip** | **Robert** | **Gawlak** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** | | |
| Case number (if known) | **19-40284** | | |

☑ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

**1.** *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... **$40,000.00**

   1b. Copy line 62, Total personal property, from Schedule A/B............................................... **$10,913.19**

   1c. Copy line 63, Total of all property on Schedule A/B........................................................ **$50,913.19**

## Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$80,140.51**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................. **$1,572.24**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + **$31,735.93**

   **Your total liabilities**   **$113,448.68**

## Part 3:   Summarize Your Income and Expenses

**4.** *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I........................................................... **$3,239.28**

**5.** *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J.................................................................. **$3,361.00**

Debtor 1   **Philip Robert Gawlak**                                    Case number (if known)  **19-40284**

**Part 4:    Answer These Questions for Administrative and Statistical Records**

**6.   Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

**7.   What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**                       $2,650.00

**9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

                                                                                                       **Total claim**

**From Part 4 on *Schedule E/F,* copy the following:**

9a.  Domestic support obligations. (Copy line 6a.)                                                     $0.00

9b.  Taxes and certain other debts you owe the government. (Copy line 6b.)                             $1,572.24

9c.  Claims for death or personal injury while you were intoxicated. (Copy line 6c.)                   $0.00

9d.  Student loans. (Copy line 6f.)                                                                    $0.00

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)                                                                   $0.00

9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)            +   $0.00

9g.  **Total.**  Add lines 9a through 9f.                                                              $1,572.24

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Philip**     **Robert**     **Gawlak** <br> First Name     Middle Name     Last Name |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MISSOURI** |
| Case number (if known) | **19-40284** |

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules     12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Philip Robert Gawlak**　　　　　　　　　X _____
Philip Robert Gawlak, Debtor 1　　　　　　　　Signature of Debtor 2

Date **03/12/2019**　　　　　　　　　　　　　　　Date _____
　　　MM / DD / YYYY　　　　　　　　　　　　　　　　MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

IN RE:   **Philip Robert Gawlak**                                     CASE NO   **19-40284**

                                                                      CHAPTER   **7**

*AMENDED 3/12/2019*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/12/2019                                  Signature  /s/ Philip Robert Gawlak
                                                            *Philip Robert Gawlak*

Date                                             Signature

Achieve Wellness, LLC
4242 Telegraph Road
St. Louis, MO 63129

Chase Card
Po Box 15298
Wilmington, DE 19850

Chase Cardmember Services
P.O. Box 15298
Wilmington, DE 19850-5298

Cigna HealthCare
P.O. Box 71217
Charlotte, NC 28272

Citi
Po Box 6217
Sioux Falls, SD 57117

City of St. Louis Collector
1200 Market Street, Rm. 12
St. Louis, MO 63103

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Miller and Steeno, P.C.
11970 Borman Drive, Suite 250
St. Louis, MO 63146

Missouri Department of Revenue
Division of Taxation
P.O. Box 385
Jefferson City, MO 65105-0385

```
MSD
P.O. Box 437
St. Louis, MO 63166




Nationstar/mr Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019




Personal Finance/marin
P.o. Box 43490
Baltimore, MD 21236




Select Leasing & Management
Landlord




St. Louis City Collector of Revenue
Room 410 City Hall
1200 Market Street
St. Louis, MO 63103



Syncb/amazon
Po Box 965015
Orlando, FL 32896




Umb Ccprog
Po Box 419734
Kansas City, MO 64141




Us Bank
4325 17th Ave S
Fargo, ND 58125




Wells Fargo Dealer Svc
P.o. Box 1697
Winterville, NC 28590
```